IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEARL ROSE, <br><br>     Plaintiff, <br><br>  v. <br><br> STELLAR RECOVERY, INC., <br><br>     Defendant. <br> _____/ | No. C-11-1595 MMC <br><br> **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT JULY 29, 2011 CASE MANAGEMENT CONFERENCE; DIRECTING ALL PARTIES TO APPEAR TELEPHONICALLY; ADVISING PARTIES RE: CHAMBERS COPIES AND PROPOSED ORDERS** |

   Before the Court is plaintiff's "Request for Telephonic Appearance at Case Management Conference" ("Request"), filed July 11, 2011.  GOOD CAUSE APPEARING, plaintiff's Request is hereby GRANTED.  All parties shall appear telephonically at the Case Management Conference scheduled for July 29, 2011.

   The Court notes, however, that plaintiff failed to submit a chambers copy of said Request and neither party has submitted a chambers copy of the Joint Case Management Statement, filed July 15, 2011.  Consequently, both plaintiff and defendant have violated General Order 45, which requires parties to lodge "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M.

1  Chesney ¶ 2 (setting forth same requirement).  Further, plaintiff has violated Civil Local
2  Rule 7-2(c) by failing to include a proposed order with her Request.  <u>See</u> Civil L.R. 7-2(c)
3  ("Unless excused by the Judge who will hear the motion, each motion must be
4  accompanied by a proposed order.")
5        The parties are hereby advised that a failure to comply with the Local Rules of this
6  District and the Court's orders may result in sanctions, including, but not limited to, striking
7  from the record any electronically-filed document of which a chambers copy has not been
8  timely provided to the Court or any motion which is not accompanied by a proposed order.

10     **IT IS SO ORDERED.**

12  Dated:  July 19, 2011

    _____
    MAXINE M. CHESNEY
    United States District Judge