UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MEARL ROSE,<br>        Plaintiff, | No. C 11-1595 MMC |
| v.<br>STELLAR RECOVERY, INC.,<br>        Defendant. | **ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:         November 18, 2011<br>Mediator:   Barbara Cray |

IT IS HEREBY ORDERED that the request to excuse defendant Stella Recovery, Inc.'s party representative from appearing in person at the November 18, 2011 mediation before Barbara Cray is GRANTED. The representative shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

November 14, 2011      By:      *Elizabeth D. Laporte*
Dated                                           Elizabeth D. Laporte
                                                      United States Magistrate Judge