UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MEARL ROSE,
       Plaintiff,

    v.

STELLAR RECOVERY, INC.,
       Defendant.

No. C 11-1595 MMC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: November 18, 2011
Mediator: Barbara Cray

    IT IS HEREBY ORDERED that the request to excuse defendant Stella Recovery, Inc.'s party representative from appearing in person at the November 18, 2011 mediation before Barbara Cray is GRANTED. The representative shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

    IT IS SO ORDERED.

November 14, 2011      By:      *Elizabeth D. Laporte*
Dated                                             Elizabeth D. Laporte
                                                        United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**