UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| MEARL ROSE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STELLAR RECOVERY, INC.,<br><br>　　　　　Defendant. | CASE NO. 3:11-CV-01595-MMC<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION TO CONTINUE MEDIATION DEADLINE |

　　　Having considered the parties' stipulation and request to continue the mediation deadline in the above-entitled matter to January 20, 2012, the Court rules as follows:

　　　The request is granted. The parties are ordered to complete the mediation on or before ___January 20, 2012___.

　　　IT IS SO ORDERED.

DATED: November 17, 2011

　　　　　　　　　　　　　　　　　　　　　_/s/ Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

06748.00/179211

[PROPOSED] ORDER RE: STIPULATION TO CONTINUE MEDIATION DEADLINE
CASE NO. 3:11-CV-01595-MMC