UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| MEARL ROSE,<br><br>             Plaintiff,<br><br>vs.<br><br>STELLAR RECOVERY, INC.,<br><br>             Defendant. | CASE NO. 3:11-CV-01595-MMC<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION TO CONTINUE MEDIATION DEADLINE |

Having considered the parties' stipulation and request to continue the mediation deadline in the above-entitled matter to January 20, 2012, the Court rules as follows:

The request is granted. The parties are ordered to complete the mediation on or before __January 20, 2012__ .

IT IS SO ORDERED.

DATED: November 17, 2011

*[signature]*
UNITED STATES DISTRICT JUDGE

1