IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEARL ROSE,

      Plaintiff,

  v.

STELLAR RECOVERY, INC.,

      Defendant.
_____/

No. C 11-1595 MMC

**ORDER OF DISMISSAL**

    Plaintiff having advised the Court that plaintiff and defendant Stellar Recovery, Inc. have agreed to a settlement of this cause,

    IT IS HEREBY ORDERED that plaintiff's claims against defendant herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.

    **IT IS SO ORDERED.**

Dated: November 21, 2011

                                           MAXINE M. CHESNEY
                                           United States District Judge